MARY L. SIMMONDS, Appellant, *v.* EDWIN SIMMONS, THOMAS M. TYNG, Respondent.

An order refusing to punish an alleged contempt in disobeying an injunction is not appealable to this court.

(Argued December 10, 1878; decided December 17, 1878.)

THIS was an appeal from an order of General Term reversing an order of Special Term which adjudged the respondent Thomas M. Tyng, who was attorney for defendant, guilty of contempt in violating an injunction order herein, and punishing him therefor. *Held*, as above, the court citing *Sutton* v. *Davis* (64 N. Y., 633); *Bowery Savings Bank* v. *Richards* (62 id., 631) : *Batterman* v. *Finn* (40 id., 340).

*Daniel Daly* for appellant.

*Morris A. Tyng* for respondent.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.